996 So.2d 232 (2008)
Eva VERNER-BUCHOWSKI, Appellant,
v.
STATE of Florida, Appellee.
No. 5D08-1734.
District Court of Appeal of Florida, Fifth District.
November 4, 2008.
Rehearing Denied December 12, 2008.
Eva Verner-Buchowski, Ocala, pro se.
Bill McCollum, Attorney General, Tallahassee, and Anthony J. Golden, Assistant Attorney General, Daytona Beach, for Appellee.
PER CURIAM.
AFFIRMED. See Fla. R.App. P. 9.315(a).
ORFINGER, MONACO and COHEN, JJ., concur.